AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Christopher Gerald and Ismael Rosado<br><br>*Defendant(s)* | Case No. 16-6049-VALLE |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 5, 2016__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2113(a) and 2. | Attempted Bank Robbery (2 counts) |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

John Scott Untch, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/06/2016

*Judge's signature*

City and state: Fort Lauderdale, Florida

Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Scott Untch, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. As such, I am a "federal law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure. My duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been a Police Officer since 1996 and have been assigned as a FBI Task Force officer since 2010.

2. The information contained in this affidavit is based upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from civilians and other law enforcement officers while in my official capacity. This affidavit is submitted for the sole purpose of establishing probable cause in support of the issuance of a criminal complaint. This affidavit does not include all facts known to me or to other law enforcement officers regarding this investigation.

3. This affidavit is made in support of a criminal complaint charging Christopher GERALD (GERALD) and Ismael ROSADO (ROSADO), on or about February 5, 2016, did knowingly attempt, by means of force, violence, and intimidation, to take from the person and presence of an employee of Chase Bank, a bank whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC), located at 390 South Flamingo Road, Pembroke Pines, Broward County, Florida, United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, in violation of Title 18, United States Code, Sections 2113(a) and 2, and did knowingly attempt, by means of force, violence, and intimidation, to take from the person and presence of an employee of Chase Bank, a bank whose deposits were insured by the Federal Deposit Insurance Corporation

Page 1 of 4

(FDIC), located at 11000 Pembroke Road, Miramar, Broward County, Florida, United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, in violation of Title 18, United States Code, Sections 2113(a) and 2.

4. The distance between the Chase Banks located at 390 South Flamingo Road in Pembroke Pines and 11000 Pembroke Road in Miramar is approximately 2.5 miles.

5. On or about February 5, 2016, at approximately 9:00 AM, a black male, who was later identified as GERALD, entered the Chase Bank located at 390 South Flamingo Road, Pembroke Pines, Broward County, Florida, and passed a handwritten demand note to a bank teller that read: "Aint nobody get hurt give me the money." The victim teller, A.L., opened her drawer to show GERALD that the drawer contained no money. GERALD took the demand note back and exited the bank without stealing any money. Chase Bank provided law enforcement still images from the bank's security cameras. GERALD is pictured in the still images taken by the bank's security cameras of the person that attempted to rob the bank.

6. On or about February 5, 2016, at approximately 9:15 A.M., a Hispanic male, who was later identified as ROSADO, entered the Chase bank located at 11000 Pembroke Road, Miramar, Broward County, Florida, and passed a handwritten demand note to a bank teller that read: "Aint nobody get hurt give me the money." The victim teller, N.F., had already been notified by her management that an attempt to rob another Chase bank recently happened. N.F. read the demand note, took the demand note, and walked to a back office in the bank. ROSADO exited the bank without stealing any money. Another bank employee, G.F., followed ROSADO out of the bank and obtained a tag number for the vehicle that was occupied by another person that ROSADO entered to be driven away. A BOLO (Be On the Lookout) advisory was transmitted for the vehicle and tag that was obtained from bank employee.

7. Officers from the Miramar Police Department responded to the neighborhood of the registered address for the vehicle named in the BOLO. The vehicle was registered to ROSADO. Law enforcement observed the vehicle in ROSADO's neighborhood and the vehicle was stopped by the police. GERALD was the driver and the sole occupant of the vehicle. Clothing consistent to the clothing worn by the perpetrator during the attempted robbery of the Chase Bank located at 309 South Flamingo Road was observed being worn by GERALD and in the vehicle.

8. At approximately the same time that GERALD was intercepted by law enforcement, ROSADO was dropped off by a vehicle in his neighborhood. Law enforcement recognized the clothing worn by ROSADO as matching the description in the BOLO of the clothing worn by the perpetrator of the attempted robbery of the Chase Bank located at 11000 Pembroke Road and detained ROSADO.

9. A show up was conducted of GERALD by Pembroke Pines Police Officers. A.L., the victim teller of the 309 South Flamingo Road Chase Bank attempted robbery, positively identified GERALD as the person who had attempted to rob said Chase Bank branch earlier that morning.

10. A show up was conducted of ROSADO by Miramar Police Officers. Bank employee, G.F., positively identified ROSADO as the person who had attempted to rob the 11000 Pembroke Road Chase Bank earlier that morning.

11. ROSADO was advised of his *Miranda* rights and signed a form waiving the same and agreeing to an interview to make a statement. During his video with audio recorded post *Miranda* statement, ROSADO admitted to attempting to rob the Chase Bank located at 11000 Pembroke Road in Miramar. ROSADO identified GERALD as the person that drove the vehicle used by ROSADO to flee away from the 11000 Pembroke Road Chase Bank. ROSADO stated GERALD was aware that ROSADO entered the 11000 Pembroke Road Chase Bank to commit a robbery and provided the demand note (which was written by GERALD according to ROSADO), the hat, and the sunglasses worn by GERALD during

the 390 South Flamingo Road Chase Bank robbery for ROSADO to use to rob the 11000 Pembroke Road Chase Bank. ROSADO also admitted to driving GERALD to the Chase Bank located at 309 South Flamingo Road in Pembroke Pines earlier that morning. ROSADO was aware that GERALD had attempted to rob the 309 South Flamingo Road Chase Bank.

12. Based on the foregoing facts, I submit that there is probable cause to believe that, on or about February 5, 2016, Christopher GERALD and Ismael ROSADO, did knowingly attempt, by means of force, violence, and intimidation, to take from the person and presence of an employee of Chase Bank, a bank whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC), located at 390 South Flamingo Road, Pembroke Pines, Broward County, Florida, United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, in violation of Title 18, United States Code, Sections 2113(a) and 2, and did knowingly attempt, by means of force, violence, and intimidation, take from the person and presence of an employee of Chase Bank, a bank whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC), located at 11000 Pembroke Road, Miramar, Broward County, Florida, United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, in violation of Title 18, United States Code, Sections 2113(a) and 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

John Scott Untch
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn before me this 6th day of February 2016.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE